```
                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 17 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. |
| Plaintiff, | 1:05-CR-00324-CAP-JFK |
| v. | Atlanta, Ga. |
| FREDDIE SANDOVAL, | March 30th, 2006 |
| Defendant. | 9:45 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JANET F. KING, UNITED STATES MAGISTRATE.

APPEARANCES:

For the Plaintiff:    OFFICE OF THE U.S. ATTORNEY
                      KIM DAMMERS,
                      Assistant U.S. Attorney
                      PAUL R. JONES,
                      Assistant U.S. Attorney

For the Defendant:    OFFICE OF DAVID R. MACKUSICK
                      DAVID R. MACKUSICK, Esq.

Court Reporter:       Donna C. Keeble
                      Official Court Reporter
                      1959 U.S. Courthouse
                      Atlanta, Georgia  30303-3361
                      (404) 215-1383

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription

DONNA C. KEEBLE, Official Court Reporter