IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 20 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES OF AMERICA,        )
                                 )
vs.                              )   CASE # 1:05-CR-324 CAP
                                 )
FREDDIE SANDOVAL,                )
ANGEL MAZARIEGOS,                )
LUIS ALBERTO NANDY,              )
                                 )
        Defendants.              )

VOLUME II - TRIAL TRANSCRIPT

October 11, 2007

BEFORE THE HON. CHARLES A. PANNELL, JR.

APPEARANCES:

FOR THE GOVERNMENT:     Ms. Kim S. Dammers
                        Mr. Paul Jones

FOR THE DEFENDANTS:     Mr. David R. MacKusick
                        Mr. Sanford A. Wallack
                        Mr. R. Gary Spencer

Reported by:

Martha J. Frutchey
U.S. District Reporter
Room 2314, United States Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 215-1573